# United States District Court

**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONTY W. RAY<br>[DOB: 06/21/2000] | *Drug User in Possession of Firearms*<br>18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>NMT: Ten Years Imprisonment<br>NMT: $250,000.00 Fine<br>NMT: Three Years Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony |

### CRIMINAL COMPLAINT

**Case Number: 20-MJ-00060-JTM (LMC)**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about July 17, 2020, in the Western District of Missouri, the defendant, MONTY W. RAY, knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, possessed firearms, to wit: a Glock, Model 26, 9mm semi-automatic handgun, Serial Number BDPB557, and a Sig Sauer, Model P365, 9mm semi-automatic handgun, Serial Number 66A8051119, both handguns of which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

I further state that I am a Detective with the Independence, Missouri Police Department and that this Complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

*Presented by reliable electronic means and sworn to telephonically.*
MARK SHOWMAN
Detective
Independence, Missouri Police Department

Sworn to before me and subscribed ~~in my presence~~ **Sworn to by telephone**,

July 20, 2020     at   Kansas City, Missouri
Date                                          City and State

HONORABLE Lajuana M. Counts
United States Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer